# Exhibit 2

## Vernick, Scott M.

| | |
|---|---|
| **Subject:** | RE: Notice of Termination of Amazon Partnership – Effective Today |

**From:** Minsky, Karen
**Sent:** Monday, March 30, 2026 4:12 PM
**To:** Daniel Rafael <daniel@theliongroup.net>
**Cc:** Dahms, Trish <trish.dahms@dionisgmskincare.com>; Gallo, Patricia <patricia.gallo@dionisgmskincare.com>
**Subject:** Notice of Termination of Amazon Partnership – Effective Today

Dear Daniel,
Per our telephone conversation earlier today, this email serves as formal notice that Dionis is terminating our Amazon partnership with The Lion Group. This correspondence constitutes our official 30-day notice, in accordance with our agreement.

During this 30-day transition period, we will allow you to continue selling the Dionis brand on Amazon, with the mutual goal of selling through inventory by the end of the notice period. To support a smooth and orderly wind-down, please provide a current SKU list and inventory report at your earliest convenience. Once received, we will review the information to evaluate whether there are any potential issues and, if so, work collaboratively to address them during this transition.

We sincerely thank you for your partnership and support of the Dionis brand over the past few years. We appreciate the efforts your team has made on our behalf and hope there may be an opportunity to connect again in the future.

Should you have any questions or need clarification as we move through the transition, please feel free to reach out.


  

Thank you,
**KAREN MINSKY**, President of Dionis
**DIONIS GOAT MILK SKINCARE**
105 Whisper Wood Court, Newtown, PA 18940
dionisgmskincare.com | 215-488-7331

