# Exhibit 3

# The Lion Group

## Purchase Order #Dionis122925FBA

December 30, 2025

3069 Lawson Blvd
Oceanside NY 11572
United States

**Supplier:**

**Dionis**

**Ship To:**

PPO4 - 9850 Mississippi Street
Crown Point Indiana 46307
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_C34184-8_UPC | 102 | $6.20 | $632.40 | |
| Dionis_Z51170-8_MFG | 102 | $6.20 | $632.40 | |
| Dionis_C33374-8_MFG | 68 | $6.20 | $421.60 | |
| Dionis_C33665-3_UPC | 64 | $6.64 | $424.96 | |
| Dionis_C33518-1_UPC | 72 | $6.64 | $478.08 | |
| Dionis_C33846-15_UPC | 60 | $11.06 | $663.60 | |
| Dionis_C33835-2_UPC | 16 | $5.31 | $84.96 | |
| Dionis_C33851-15_UPC | 60 | $11.06 | $663.60 | |
| Dionis_C34151-14_UPC | 18 | $11.06 | $199.08 | |
| Dionis_C33863-15_UPC | 30 | $11.06 | $331.80 | |
| Dionis_C33472-1_UPC | 24 | $6.20 | $148.80 | |
| Dionis_C34185-6_UPC | 12 | $13.28 | $159.36 | |
| Dionis_C34120-1_UPC | 16 | $7.52 | $120.32 | |
| Dionis_C34245-2_UPC | 16 | $8.85 | $141.60 | |
| Dionis_C34287-2_UPC | 16 | $8.85 | $141.60 | |
| Dionis_C33850-15_UPC | 12 | $11.06 | $132.72 | |
| Dionis_C33865-15_UPC | 12 | $11.06 | $132.72 | |
| Dionis_C33849-15_UPC | 12 | $11.06 | $132.72 | |
| Dionis_C34156-1_UPC | 12 | $6.64 | $79.68 | |
| Dionis_C33510-3_UPC | 32 | $6.64 | $212.48 | |
| Dionis_C34074-8_UPC | 4 | $13.28 | $53.12 | |
| Dionis_C33330-1_UPC | 4 | $22.13 | $88.52 | |

| | |
|---|---|
| **Units ordered** | 764 |
| **Subtotal** | $6,076.12 |
| **Total** | **$6,076.12** |

**The Lion Group**

**Purchase Order #Dionis122925FBA**

December 30, 2025

3069 Lawson Blvd
Oceanside NY 11572
United States

**Memo:**

# The Lion Group

**Purchase Order #Lawson10726**

January 07, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

---

**Supplier:**

**Dionis**

**Ship To:**

3069 Lawson Blvd
Oceanside NY 11572
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_C23078-6_6pack | 32 | $13.28 | $424.96 | Sold as set + TP Labels |
| Dionis_C11960-6_6pk | 16 | $13.28 | $212.48 | Sold as set + TP Labels |
| Dionis_C33800-2_UPC | 16 | $10.62 | $169.92 | needs TP labels |
| Dionis_Z51230-8_UPC | 68 | $6.20 | $421.60 | Dionis_Z51230-8_C33099-3_UPC Sold as set bundle |
| Dionis_C33099-3_UPC | 60 | $5.31 | $318.60 | |

| | |
|---|---|
| **Units ordered** | 192 |
| **Subtotal** | $1,547.56 |
| **Total** | **$1,547.56** |

**Memo:**
TP skus + Bundles

# The Lion Group

# Purchase Order #Dionis010626FBA

January 08, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

**Supplier:**

**Dionis**

**Ship To:**

LBE1 - 165 GLENN FOX RD
New Stanton Pennsylvania 15672
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_Z51260-8_MFG | 204 | $6.20 | $1,264.80 | |
| Dionis_C33200-8_MFG | 204 | $6.20 | $1,264.80 | |
| Dionis_C33667-3_UPC | 128 | $6.64 | $849.92 | |
| Dionis_Z51200-8_MFG | 102 | $6.20 | $632.40 | |
| Dionis_C33845-15_UPC | 72 | $11.06 | $796.32 | |
| Dionis_C33666-3_UPC | 128 | $6.64 | $849.92 | |
| Dionis_Z50997-8_MFG | 34 | $6.20 | $210.80 | |
| Dionis_C33472-1_UPC | 56 | $6.20 | $347.20 | |
| Dionis_C33103-3_MFG | 60 | $5.31 | $318.60 | |
| Dionis_C33849-15_UPC | 42 | $11.06 | $464.52 | |
| Dionis_C33743-1_MFG | 28 | $7.97 | $223.16 | |
| Dionis_C33916-3_UPC | 60 | $5.61 | $336.60 | |
| Dionis_C33848-15_UPC | 36 | $11.06 | $398.16 | |
| Dionis_C34182-8_UPC | 34 | $6.20 | $210.80 | |
| Dionis_C33633-4_UPC | 18 | $8.85 | $159.30 | |
| Dionis_C33862-15_UPC | 12 | $11.06 | $132.72 | |
| Dionis_C33330-1_UPC | 8 | $22.13 | $177.04 | |
| Dionis_C60069_UPC | 32 | $6.64 | $212.48 | |
| Dionis_C34154-1_UPC | 6 | $6.64 | $39.84 | |
| Dionis_C34060-3_UPC | 6 | $17.70 | $106.20 | |

| | | |
|---|---|---|
| **Units ordered** | | 1270 |
| **Subtotal** | | $8,995.58 |
| **Total** | | **$8,995.58** |

**Memo:**

# The Lion Group

## Purchase Order #Inspire2026Q1

January 12, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

**Supplier:**

**Dionis**

**Ship To:**

TMB8 - 27505 SW 132nd AVE
HOMESTEAD Florida 33032
United States

| Item | Quantity | Unit price | Total | Notes |
|------|----------|------------|-------|-------|
| Dionis_C34111-5_UPC | 1,500 | $8.85 | $13,275.00 | |

| | |
|---|---|
| **Units ordered** | 1500 |
| **Subtotal** | $13,275.00 |
| **Total** | **$13,275.00** |

**Memo:**
Inspire 2026 Q1 Sets

# The Lion Group

## Purchase Order #Lawson011426

January 14, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

**Supplier:**

**Dionis**

**Ship To:**

3069 Lawson Blvd
Oceanside NY 11572
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_Z51211-6_6pk | 32 | $13.28 | $424.96 | "Sold as set" + TP Labels |
| Dionis_C33303-6_6pk | 16 | $13.28 | $212.48 | "Sold as set" + TP Labels |
| Dionis_C34201-6_6pk | 32 | $13.28 | $424.96 | "Sold as set" |
| Dionis_Z52010-6_6pk | 12 | $13.36 | $160.32 | "Sold as set" |
| Dionis_Z51260-8_MFG | 102 | $6.20 | $632.40 | Dionis_C34050-2_UPC Bundles |
| Dionis_C33108-3_MFG | 120 | $5.31 | $637.20 | Send extras to single listing |

| | |
|---|---|
| **Units ordered** | 314 |
| **Subtotal** | $2,492.32 |
| **Total** | **$2,492.32** |

**Memo:**
Bundles

# The Lion Group

3069 Lawson Blvd
Oceanside NY 11572
United States

# Purchase Order #Dionis011426

January 15, 2026

**Supplier:**

**Dionis**

**Ship To:**

HGR6 - 55 West Oak Ridge Drive
Hagerstown Maryland 21740
United States

| Item | Quantity | Unit price | Total | Notes |
|------|----------|-----------|-------|-------|
| Dionis_C33200-8_MFG | 748 | $6.20 | $4,637.60 | |
| Dionis_Z51260-8_MFG | 510 | $6.20 | $3,162.00 | |
| Dionis_C33667-3_UPC | 192 | $6.64 | $1,274.88 | |
| Dionis_C34103-4_UPC | 222 | $7.52 | $1,669.44 | |
| Dionis_C33847-15_UPC | 150 | $11.06 | $1,659.00 | |
| Dionis_Z50997-8_MFG | 136 | $6.20 | $843.20 | |
| Dionis_Z51200-8_MFG | 102 | $6.20 | $632.40 | |
| Dionis_C60069_UPC | 96 | $6.64 | $637.44 | |
| Dionis_C33114-2_UPC | 96 | $7.52 | $721.92 | |
| Dionis_C33845-15_UPC | 90 | $11.06 | $995.40 | |
| Dionis_C33898-2_UPC* | 72 | $8.85 | $637.20 | |
| Dionis_C34182-8_UPC | 66 | $6.20 | $409.20 | |
| Dionis_C34196-2_UPC | 60 | $4.43 | $265.80 | |
| Dionis_C34154-1_UPC | 54 | $6.64 | $358.56 | |
| Dionis_C33292-1_MFG | 50 | $7.52 | $376.00 | |
| Dionis_C33463-6_UPC | 48 | $3.98 | $191.04 | |
| Dionis_C33862-15_UPC | 42 | $11.06 | $464.52 | |
| Dionis_C33848-15_UPC | 36 | $11.06 | $398.16 | |
| Dionis_C33849-15_UPC | 30 | $11.06 | $331.80 | |
| Dionis_C34177-2_UPC | 24 | $15.49 | $371.76 | |
| Dionis_C33865-15_UPC | 18 | $11.06 | $199.08 | |
| Dionis_C33852-15_UPC | 18 | $11.06 | $199.08 | |
| Dionis_C33765-3_UPC | 12 | $7.52 | $90.24 | |
| Dionis_C34060-3_UPC | 6 | $17.70 | $106.20 | |

**Units ordered** 2878

**Subtotal** $20,631.92

**The Lion Group**

**Purchase Order #Dionis011426**

January 15, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

| Total | $20,631.92 |
|---|---|

**Memo:**

# The Lion Group

3069 Lawson Blvd
Oceanside NY 11572
United States

# Purchase Order #Dionis011926

January 20, 2026

**Supplier:**

**Dionis**

**Ship To:**

TMB8 - 27505 SW 132nd AVE
HOMESTEAD Florida 33032
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_Z51230-8_UPC | 360 | $6.20 | $2,232.00 | |
| Dionis_C33667-3_UPC | 352 | $6.64 | $2,337.28 | |
| Dionis_Z50997-8_MFG | 272 | $6.20 | $1,686.40 | |
| Dionis_C33847-15_UPC | 258 | $11.06 | $2,853.48 | |
| Dionis_C34103-4_UPC | 252 | $7.52 | $1,895.04 | |
| Dionis_C33114-2_UPC | 192 | $7.52 | $1,443.84 | |
| Dionis_C33663-3_UPC | 128 | $6.64 | $849.92 | |
| Dionis_C33103-3_MFG | 120 | $5.31 | $637.20 | |
| Dionis_C33104-3_MFG | 120 | $5.31 | $637.20 | |
| Dionis_C33463-6_UPC | 96 | $3.98 | $382.08 | |
| Dionis_C34182-8_UPC | 78 | $6.20 | $483.60 | |
| Dionis_C33845-15_UPC | 72 | $11.06 | $796.32 | |
| Dionis_C34156-1_UPC | 72 | $6.64 | $478.08 | |
| Dionis_C33200-8_MFG | 68 | $6.20 | $421.60 | |
| Dionis_C23000-8_MFG | 68 | $6.20 | $421.60 | |
| Dionis_C33917-8_UPC | 68 | $6.20 | $421.60 | |
| Dionis_C33099-3_UPC | 64 | $5.31 | $339.84 | |
| Dionis_C34196-2_UPC | 60 | $4.43 | $265.80 | |
| Dionis_C33292-1_MFG | 50 | $7.52 | $376.00 | |
| Dionis_C33518-1_UPC | 36 | $6.64 | $239.04 | |
| Dionis_C60069_UPC | 28 | $6.64 | $185.92 | |
| Dionis_C33862-15_UPC | 30 | $11.06 | $331.80 | |
| Dionis_C33867-15_UPC | 30 | $11.06 | $331.80 | |
| Dionis_C33465-6_UPC | 30 | $3.98 | $119.40 | |
| Dionis_C34060-3_UPC | 24 | $17.70 | $424.80 | |
| Dionis_C34177-2_UPC | 24 | $15.49 | $371.76 | |

**The Lion Group**

**Purchase Order #Dionis011926**

January 20, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_C33898-2_UPC* | 24 | $8.85 | $212.40 | |
| Dionis_C33765-3_UPC | 18 | $7.52 | $135.36 | |
| Dionis_C33512-6_UPC | 16 | $19.91 | $318.56 | |

| | |
|---|---|
| **Units ordered** | 3010 |
| **Subtotal** | $21,629.72 |
| **Total** | **$21,629.72** |

**Memo:**

# The Lion Group

## Purchase Order #Lawson012026

January 20, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

**Supplier:**

**Dionis**

**Ship To:**

3069 Lawson Blvd
Oceanside NY 11572
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_C11960-6_6pk | 32 | $13.28 | $424.96 | TP Labels |
| Dionis_Z51211-6_6pk | 48 | $13.28 | $637.44 | TP Labels |
| Dionis_Z51201-6_6pk | 48 | $13.28 | $637.44 | TP Labels |
| Dionis_Z51261-6_6pk | 32 | $13.28 | $424.96 | TP Labels |
| Dionis_C23078-6_6pack | 32 | $13.28 | $424.96 | "Sold as set" |
| Dionis_C33303-6_6pk | 16 | $13.28 | $212.48 | TP Labels |
| Dionis_Z51230-8_UPC | 102 | $6.20 | $632.40 | Dionis_Z51230-8_C33099-3_UPC bundles |
| Dionis_C33099-3_UPC | 120 | $5.31 | $637.20 | singles to 3.3 listing |

| | |
|---|---|
| **Units ordered** | 430 |
| **Subtotal** | $4,031.84 |
| **Total** | **$4,031.84** |

**Memo:**
6 packs and 8.5 + 3.3 bundles

# The Lion Group

## Purchase Order #Lawson012626
January 26, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

**Supplier:**

**Dionis**

**Ship To:**

3069 Lawson Blvd
Oceanside NY 11572
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_Z51201-6_6pk | 48 | $13.28 | $637.44 | TP Labels |
| Dionis_C11960-6_6pk | 16 | $13.28 | $212.48 | TP Labels |
| Dionis_C33955-9_6pk | 16 | $13.28 | $212.48 | |
| Dionis_C34181-6_6pk | 16 | $13.28 | $212.48 | TP Labels |
| Dionis_Z52013-6 _6pack | 32 | $13.28 | $424.96 | |
| Dionis_Z51210-8_MFG | 102 | $6.20 | $632.40 | Dionis_C34048-2_UPC bundles |
| Dionis_C33087-3_MFG | 120 | $5.31 | $637.20 | 18 to 3.3 listing |

| | |
|---|---|
| **Units ordered** | 350 |
| **Subtotal** | $2,969.44 |
| **Total** | **$2,969.44** |

**Memo:**
"sold as set" 6 packs + vanilla bean bundles

# The Lion Group

# Purchase Order #Dionis012626FBA

January 27, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

Supplier:

**Dionis**

Ship To:

HGR6 - 55 West Oak Ridge Drive
Hagerstown Maryland 21740
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_Z51230-8_UPC | 456 | $6.20 | $2,827.20 | |
| Dionis_C33076-4_MFG | 200 | $7.97 | $1,594.00 | |
| Dionis_C33104-3_MFG | 180 | $5.31 | $955.80 | |
| Dionis_C33676-8_UPC | 170 | $6.20 | $1,054.00 | |
| Dionis_C33514-3_UPC | 128 | $6.64 | $849.92 | |
| Dionis_C33846-15_UPC | 114 | $11.06 | $1,260.84 | |
| Dionis_C33114-2_UPC | 96 | $7.52 | $721.92 | |
| Dionis_C33518-1_UPC | 72 | $6.64 | $478.08 | |
| Dionis_C33171-8_MFG | 70 | $6.20 | $434.00 | |
| Dionis_C11260-8_MFG | 68 | $6.20 | $421.60 | |
| Dionis_C34177-2_UPC | 60 | $15.49 | $929.40 | |
| Dionis_C33103-3_MFG | 60 | $5.31 | $318.60 | |
| Dionis_C33460-6_UPC | 48 | $3.98 | $191.04 | |
| Dionis_C34156-1_UPC | 42 | $6.64 | $278.88 | |
| Dionis_C33462-6_UPC | 42 | $3.98 | $167.16 | |
| Dionis_C33099-3_UPC | 40 | $5.31 | $212.40 | |
| Dionis_C33852-15_UPC | 36 | $11.06 | $398.16 | |
| Dionis_C33917-8_UPC | 34 | $6.20 | $210.80 | |
| Dionis_C23000-8_MFG | 34 | $6.20 | $210.80 | |
| Dionis_C33895-3_UPC | 24 | $11.06 | $265.44 | |
| Dionis_C33850-15_UPC | 18 | $11.06 | $199.08 | |
| Dionis_C33743-1_MFG | 16 | $7.97 | $127.52 | |
| Dionis_C33800-2_UPC | 16 | $10.62 | $169.92 | |
| Dionis_C33512-6_UPC | 12 | $19.91 | $238.92 | |
| Dionis_C33861-15_UPC | 12 | $11.06 | $132.72 | |
| Dionis_C33867-15_UPC | 12 | $11.06 | $132.72 | |

**The Lion Group**

**Purchase Order #Dionis012626FBA**

January 27, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

| | |
|---|---|
| **Units ordered** | 2060 |
| **Subtotal** | $14,780.92 |
| **Total** | **$14,780.92** |

**Memo:**

# The Lion Group

## Purchase Order #Lawson020226

February 03, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

**Supplier:**

**Dionis**

**Ship To:**

3069 Lawson Blvd
Oceanside NY 11572
United States

**Delivery Date:**    February 16, 2026

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_Z52013-6 _6pack | 64 | $13.28 | $849.92 | |
| Dionis_Z51261-6_6pk | 48 | $13.28 | $637.44 | TP Labels |
| Dionis_Z52010-6_6pk | 32 | $13.28 | $424.96 | |
| Dionis_Z51230-8_UPC | 102 | $6.20 | $632.40 | Dionis_Z51230-8_C33099-3_UPC bundles |
| Dionis_C33099-3_UPC | 120 | $5.31 | $637.20 | |

| | |
|---|---|
| **Units ordered** | 366 |
| **Subtotal** | $3,181.92 |
| **Total** | **$3,181.92** |

**Memo:**
"sold as set" 6 packs + bundles

# The Lion Group

## Purchase Order #Dionis020226FBA

February 03, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

**Supplier:**

**Dionis**

**Ship To:**

HGR6 - 55 West Oak Ridge Drive
Hagerstown Maryland 21740
United States

**Delivery Date:**    March 02, 2026

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_C33374-8_MFG | 340 | $6.20 | $2,108.00 | |
| Dionis_C33104-3_MFG | 300 | $5.31 | $1,593.00 | |
| Dionis_C33076-4_MFG | 200 | $7.97 | $1,594.00 | |
| Dionis_C11260-8_MFG | 170 | $6.20 | $1,054.00 | |
| Dionis_Z51210-8_MFG | 170 | $6.20 | $1,054.00 | |
| Dionis_C33676-8_UPC | 170 | $6.20 | $1,054.00 | |
| Dionis_C33665-3_UPC | 160 | $6.64 | $1,062.40 | |
| Dionis_C33846-15_UPC | 114 | $11.06 | $1,260.84 | |
| Dionis_C33851-15_UPC | 114 | $11.06 | $1,260.84 | |
| Dionis_C33518-1_UPC | 102 | $6.64 | $677.28 | |
| Dionis_C33774-3_UPC | 96 | $6.64 | $637.44 | |
| Dionis_C33835-2_UPC | 96 | $5.31 | $509.76 | |
| Dionis_C33861-15_UPC | 84 | $11.06 | $929.04 | |
| Dionis_C33114-2_UPC | 72 | $7.52 | $541.44 | |
| Dionis_C34185-6_UPC | 72 | $13.28 | $956.16 | |
| Dionis_C33917-8_UPC | 68 | $6.20 | $421.60 | |
| Dionis_C33514-3_UPC | 64 | $6.64 | $424.96 | |
| Dionis_C33103-3_MFG | 60 | $5.31 | $318.60 | |
| Dionis_C33170-3_MFG | 60 | $5.31 | $318.60 | |
| Dionis_C33101-3_MFG | 60 | $5.31 | $318.60 | |
| Dionis_C33086-3_MFG | 60 | $5.31 | $318.60 | |
| Dionis_Z51230-8_UPC | 60 | $6.20 | $372.00 | |
| Dionis_C33863-15_UPC | 60 | $11.06 | $663.60 | |
| Dionis_C33460-6_UPC | 48 | $3.98 | $191.04 | |
| Dionis_C33800-2_UPC | 48 | $10.62 | $509.76 | |

# The Lion Group

**Purchase Order #Dionis020226FBA**

February 03, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_C34156-1_UPC | 48 | $6.64 | $318.72 | |
| Dionis_C33465-6_UPC | 48 | $3.98 | $191.04 | |
| Dionis_C33850-15_UPC | 42 | $11.06 | $464.52 | |
| Dionis_C33852-15_UPC | 42 | $11.06 | $464.52 | |
| Dionis_C33472-1_UPC | 40 | $6.20 | $248.00 | |
| Dionis_C33895-3_UPC | 36 | $11.06 | $398.16 | |
| Dionis_C23000-8_MFG | 34 | $6.20 | $210.80 | |
| Dionis_C33743-1_MFG | 32 | $7.97 | $255.04 | |
| Dionis_C33461-6_UPC | 30 | $3.98 | $119.40 | |
| Dionis_C33900-2_UPC* | 24 | $8.85 | $212.40 | |
| Dionis_C33867-15_UPC | 24 | $11.06 | $265.44 | |
| Dionis_C34177-2_UPC | 7 | $15.49 | $108.43 | |
| Dionis_C34197-3_UPC | 16 | $5.31 | $84.96 | |
| Dionis_C34075-8_UPC | 16 | $13.28 | $212.48 | |
| Dionis_C33803-2_UPC | 16 | $10.62 | $169.92 | |
| Dionis_C33330-1_UPC | 8 | $22.13 | $177.04 | |
| Dionis_C33305-1_UPC | 8 | $15.49 | $123.92 | |

| | |
|---|---|
| **Units ordered** | 3319 |
| **Subtotal** | $24,174.35 |
| **Total** | **$24,174.35** |

**Memo:**

# The Lion Group

## Purchase Order #DionisInspire2026

February 03, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

**Supplier:**

**Dionis**

**Ship To:**

HIA1 - 3327 E Harrisburg Pik
Middletown Pennsylvania 17057
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_C34111-5_UPC | 500 | $8.85 | $4,425.00 | |

| | |
|---|---|
| **Units ordered** | 500 |
| **Subtotal** | $4,425.00 |
| **Total** | **$4,425.00** |

**Memo:**
Inspire 2026 Shipment 1

# The Lion Group

# Purchase Order #Lawson21026

February 10, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

Supplier:

**Dionis**

Ship To:

3069 Lawson Blvd
Oceanside NY 11572
United States

**Delivery Date:**    February 26, 2026

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_Z51210-8_MFG | 476 | $6.20 | $2,951.20 | Dionis_C34048-2_UPC bundles |
| Dionis_C33087-3_MFG | 480 | $5.31 | $2,548.80 | remaining units for 3.3 listing |
| Dionis_Z51260-8_MFG | 204 | $6.20 | $1,264.80 | Dionis_C34050-2_UPC bundles |
| Dionis_C33108-3_MFG | 240 | $5.31 | $1,274.40 | remaining units for 3.3 listing |
| Dionis_Z52013-6 _6pack | 32 | $13.28 | $424.96 | tp labels |
| Dionis_Z51261-6_6pk | 32 | $13.28 | $424.96 | tp labels |
| Dionis_Z51171-6_6pack | 32 | $13.28 | $424.96 | tp labels |
| Dionis_Z52994-6_6pack | 32 | $13.28 | $424.96 | tp labels |
| Dionis_Z51211-6_6pk | 16 | $13.28 | $212.48 | tp labels |
| Dionis_C34181-6_6pk | 16 | $13.28 | $212.48 | tp labels |

| | |
|---|---|
| **Units ordered** | 1560 |
| **Subtotal** | $10,164.00 |
| **Total** | **$10,164.00** |

**Memo:**
6 packs + bundles

# The Lion Group

**Purchase Order #Dionis021026FBA**

February 11, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

---

**Supplier:**

**Dionis**

**Ship To:**

HGR6 - 55 West Oak Ridge Drive
Hagerstown Maryland 21740
United States

**Delivery Date:**        February 27, 2026

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_C33184-1_MFG | 240 | $4.43 | $1,063.20 | |
| Dionis_C33117-2_MFG | 240 | $4.43 | $1,063.20 | |
| Dionis_C33374-8_MFG | 272 | $6.20 | $1,686.40 | |
| Dionis_Z51210-8_MFG | 272 | $6.20 | $1,686.40 | |
| Dionis_Z51260-8_MFG | 272 | $6.20 | $1,686.40 | |
| Dionis_Z51170-8_MFG | 204 | $6.20 | $1,264.80 | |
| Dionis_C33851-15_UPC | 180 | $11.06 | $1,990.80 | |
| Dionis_C33774-3_UPC | 128 | $6.64 | $849.92 | |
| Dionis_C33185-1_MFG | 120 | $4.43 | $531.60 | |
| Dionis_C33170-3_MFG | 120 | $5.31 | $637.20 | |
| Dionis_C34192-2_UPC | 60 | $4.43 | $265.80 | |
| Dionis_C33763-2_UPC | 60 | $4.43 | $265.80 | |
| Dionis_C33523-2_Berrylicious | 60 | $4.43 | $265.80 | |
| Dionis_C11260-8_MFG | 68 | $6.20 | $421.60 | |
| Dionis_C33917-8_UPC | 68 | $6.20 | $421.60 | |
| Dionis_Z51200-8_MFG | 68 | $6.20 | $421.60 | |
| Dionis_C33666-3_UPC | 64 | $6.64 | $424.96 | |
| Dionis_C33101-3_MFG | 60 | $5.31 | $318.60 | |
| Dionis_C33861-15_UPC | 48 | $11.06 | $530.88 | |
| Dionis_C33900-2_UPC* | 48 | $8.85 | $424.80 | |
| Dionis_C33835-2_UPC | 40 | $5.31 | $212.40 | |
| Dionis_C33863-15_UPC | 36 | $11.06 | $398.16 | |
| Dionis_C33665-3_UPC | 32 | $6.64 | $212.48 | |
| Dionis_C33465-6_UPC | 30 | $3.98 | $119.40 | |
| Dionis_C33460-6_UPC | 30 | $3.98 | $119.40 | |

# The Lion Group

**Purchase Order #Dionis021026FBA**

February 11, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

| Item | Quantity | Unit price | Total | Notes |
|------|----------|------------|-------|-------|
| Dionis_C33850-15_UPC | 30 | $11.06 | $331.80 | |
| Dionis_C34185-6_UPC | 24 | $13.28 | $318.72 | |
| Dionis_C33799-2_UPC | 24 | $10.62 | $254.88 | |
| Dionis_C34120-1_UPC | 20 | $7.52 | $150.40 | |
| Dionis_C34174-2_UPC | 18 | $15.49 | $278.82 | |
| Dionis_C33306-1_UPC | 16 | $18.59 | $297.44 | |
| Dionis_C33865-15_UPC | 12 | $11.06 | $132.72 | |
| Dionis_C33849-15_UPC | 12 | $11.06 | $132.72 | |
| Dionis_C34183-8_UPC | 12 | $6.20 | $74.40 | |
| Dionis_C34021-6_UPC | 12 | $3.98 | $47.76 | |
| Dionis_C33803-2_UPC | 8 | $10.62 | $84.96 | |
| Dionis_C33802-2_UPC | 8 | $10.62 | $84.96 | |
| Dionis_C34236-2_UPC | 6 | $15.49 | $92.94 | |
| Dionis_C34292-3_UPC | 6 | $15.49 | $92.94 | |

| | |
|---|---|
| **Units ordered** | 3028 |
| **Subtotal** | $19,658.66 |
| **Total** | **$19,658.66** |

**Memo:**

# The Lion Group

# Purchase Order #Lawson21626

February 17, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

**Supplier:**

**Dionis**

**Ship To:**

3069 Lawson Blvd
Oceanside NY 11572
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_C33517-4_UPC | 12 | $15.49 | $185.88 | TP labels |
| Dionis_Z51201-6_6pk | 16 | $13.28 | $212.48 | TP Labels |
| Dionis_Z51261-6_6pk | 32 | $13.28 | $424.96 | TP Labels |
| Dionis_Z52013-6 _6pack | 32 | $13.28 | $424.96 | TP Labels |
| Dionis_C33917-8_UPC | 68 | $6.20 | $421.60 | Dionis_C33916-3_C33917-8_LBL bundles |
| Dionis_C33916-3_UPC | 60 | $5.61 | $336.60 | |
| Dionis_Z51230-8_UPC | 68 | $6.20 | $421.60 | Dionis_Z51230-8_C33099-3_UPC bundles |
| Dionis_Z51260-8_MFG | 102 | $6.20 | $632.40 | Dionis_C34050-2_UPC bundles |
| Dionis_C33108-3_MFG | 120 | $5.31 | $637.20 | send leftovers to single listing |
| Dionis_C33283-8_MFG | 102 | $6.20 | $632.40 | Dionis_C34049-2_UPC bundles |
| Dionis_C33284-3_MFG | 120 | $5.31 | $637.20 | send leftovers to single listing |
| Dionis_Z51210-8_MFG | 544 | $6.20 | $3,372.80 | Dionis_C34048-2_UPC bundles |
| Dionis_C33087-3_MFG | 540 | $5.31 | $2,867.40 | |

| | |
|---|---|
| **Units ordered** | 1816 |
| **Subtotal** | $11,207.48 |
| **Total** | **$11,207.48** |

**Memo:**
Bundles + Transparency SKUs

# The Lion Group

## Purchase Order #Dionis021626FBA

February 18, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

**Supplier:**

**Dionis**

**Ship To:**

PBI3 - 7600 LTC Parkway
PORT ST LUCIE Florida 34986
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_C34192-2_UPC | 432 | $4.43 | $1,913.76 | |
| Dionis_C33117-2_MFG | 108 | $4.43 | $478.44 | |
| Dionis_Z51260-8_MFG | 102 | $6.20 | $632.40 | |
| Dionis_Z51170-8_MFG | 102 | $6.20 | $632.40 | |
| Dionis_C33185-1_MFG | 60 | $4.43 | $265.80 | |
| Dionis_C33170-3_MFG | 60 | $5.31 | $318.60 | |
| Dionis_C33763-2_UPC | 60 | $4.43 | $265.80 | |
| Dionis_Z51200-8_MFG | 34 | $6.20 | $210.80 | |
| Dionis_C33200-8_MFG | 34 | $6.20 | $210.80 | |
| Dionis_C23000-8_MFG | 34 | $6.20 | $210.80 | |
| Dionis_C33666-3_UPC | 32 | $6.64 | $212.48 | |
| Dionis_C34021-6_UPC | 12 | $3.98 | $47.76 | |
| Dionis_C33848-15_UPC | 12 | $11.06 | $132.72 | |
| Dionis_C33900-2_UPC* | 8 | $8.85 | $70.80 | |
| Dionis_C33799-2_UPC | 8 | $10.62 | $84.96 | |
| Dionis_C33803-2_UPC | 8 | $10.62 | $84.96 | |
| Dionis_C33899-2_UPC* | 8 | $8.85 | $70.80 | |

| | |
|---|---|
| **Units ordered** | 1114 |
| **Subtotal** | $5,844.08 |
| **Total** | **$5,844.08** |

**Memo:**

# The Lion Group

# Purchase Order #Lawson022326

February 24, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

**Supplier:**

**Dionis**

**Ship To:**

3069 Lawson Blvd
Oceanside NY 11572
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_C33087-3_MFG | 120 | $5.31 | $637.20 | To bundle with Dionis_Z51210-8_MFG to create SKU Dionis_C34048-2_UPC |
| Dionis_Z51210-8_MFG | 102 | $6.20 | $632.40 | To bundle with Dionis_C33087-3_MFG to create SKU Dionis_C34048-2_UPC. Send extra units to individual SKU Dionis_Z51210-8_MFG |
| Dionis_Z51260-8_MFG | 136 | $6.20 | $843.20 | To bundle with Dionis_C33108-3_MFG to create SKU Dionis_C34050-2_UPC. Send extra units to individual SKU Dionis_Z51260-8_MFG |
| Dionis_C33108-3_MFG | 120 | $5.31 | $637.20 | To bundle with Dionis_Z51260-8_MFG to create SKU Dionis_C34050-2_UPC |
| Dionis_C34181-6_6pk | 48 | $13.28 | $637.44 | TP labels |
| Dionis_Z51201-6_6pk | 32 | $13.28 | $424.96 | TP labels |
| Dionis_Z51211-6_6pk | 16 | $13.28 | $212.48 | TP labels |
| Dionis_C33303-6_6pk | 16 | $13.28 | $212.48 | TP labels |
| Dionis_C33517-4_UPC | 16 | $15.49 | $247.84 | TP labels |
| Dionis_C33917-8_UPC | 68 | $6.20 | $421.60 | Dionis_C33916-3_C33917-8_LBL bundles |
| Dionis_C33916-3_UPC | 60 | $5.61 | $336.60 | Dionis_C33916-3_C33917-8_LBL bundles |

| | |
|---|---|
| **Units ordered** | 734 |
| **Subtotal** | $5,243.40 |
| **Total** | **$5,243.40** |

**Memo:**
bundles + 6 packs

# The Lion Group

Purchase Order #Dionis022326FBA

February 24, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

**Supplier:**

**Dionis**

**Ship To:**

TMB8 - 27505 SW 132nd AVE
HOMESTEAD Florida 33032
United States

| Item | Quantity | Unit price | Total | Notes |
|------|----------|-----------|-------|-------|
| Dionis_C33200-8_MFG | 102 | $6.20 | $632.40 | |
| Dionis_C34180-3_UPC | 24 | $5.31 | $127.44 | |
| Dionis_C34151-14_UPC | 18 | $11.06 | $199.08 | |
| Dionis_C34149-6_UPC | 18 | $3.98 | $71.64 | |
| Dionis_C33802-2_UPC | 16 | $10.62 | $169.92 | |
| Dionis_C34183-8_UPC | 12 | $6.20 | $74.40 | |
| Dionis_C34179-2_UPC | 12 | $15.49 | $185.88 | |
| Dionis_C33849-15_UPC | 12 | $11.06 | $132.72 | |
| Dionis_C33865-15_UPC | 12 | $11.06 | $132.72 | |

| | |
|---|---|
| **Units ordered** | 226 |
| **Subtotal** | $1,726.20 |
| **Total** | **$1,726.20** |

**Memo:**

# The Lion Group

**Purchase Order #Dionis030226FBA**

March 03, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

**Supplier:**

**Dionis**

**Ship To:**

TMB8 - 27505 SW 132nd AVE
HOMESTEAD Florida 33032
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_C33200-8_MFG | 306 | $6.20 | $1,897.20 | |
| Dionis_C33514-3_UPC | 192 | $6.64 | $1,274.88 | |
| Dionis_C33171-8_MFG | 140 | $6.20 | $868.00 | |
| Dionis_C34183-8_UPC | 90 | $6.20 | $558.00 | |
| Dionis_C34179-2_UPC | 42 | $15.49 | $650.58 | |
| Dionis_C23000-8_MFG | 68 | $6.20 | $421.60 | |
| Dionis_C34154-1_UPC | 60 | $6.64 | $398.40 | |
| Dionis_C33797-2_UPC | 56 | $10.62 | $594.72 | |
| Dionis_C34151-14_UPC | 54 | $11.06 | $597.24 | |
| Dionis_C33305-1_UPC | 52 | $15.49 | $805.48 | |
| Dionis_C33292-1_MFG | 50 | $7.52 | $376.00 | |
| Dionis_C33849-15_UPC | 48 | $11.06 | $530.88 | |
| Dionis_C33845-15_UPC | 48 | $11.06 | $530.88 | |
| Dionis_C33865-15_UPC | 42 | $11.06 | $464.52 | |
| Dionis_C33099-3_UPC | 40 | $5.31 | $212.40 | |
| Dionis_C34182-8_UPC | 36 | $6.20 | $223.20 | |
| Dionis_C34021-6_UPC | 36 | $3.98 | $143.28 | |
| Dionis_C33867-15_UPC | 30 | $11.06 | $331.80 | |
| Dionis_C34180-3_UPC | 24 | $5.31 | $127.44 | |
| Dionis_C33461-6_UPC | 24 | $3.98 | $95.52 | |
| Dionis_C34174-2_UPC | 24 | $15.49 | $371.76 | |
| Dionis_C34153-1_UPC | 24 | $6.64 | $159.36 | |
| Dionis_C33743-1_MFG | 20 | $7.97 | $159.40 | |
| Dionis_C33306-1_UPC | 20 | $18.59 | $371.80 | |
| Dionis_C34075-8_UPC | 16 | $13.28 | $212.48 | |
| Dionis_C34149-6_UPC | 12 | $3.98 | $47.76 | |

# The Lion Group

## Purchase Order #Dionis030226FBA

March 03, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_C33533-2_Milk&Hemp | 12 | $4.87 | $58.44 | |
| Dionis_C33462-6_UPC | 12 | $3.98 | $47.76 | |
| Dionis_C33802-2_UPC | 8 | $10.62 | $84.96 | |
| Dionis_C34197-3_UPC | 8 | $5.31 | $42.48 | |
| Dionis_C33848-15_UPC | 6 | $11.06 | $66.36 | |
| Dionis_C33517-4_UPC | 4 | $15.49 | $61.96 | |

| | |
|---|---|
| **Units ordered** | 1604 |
| **Subtotal** | $12,786.54 |
| **Total** | **$12,786.54** |

**Memo:**

# The Lion Group

**Purchase Order #Lawson03926**

March 09, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

| Supplier: | Ship To: |
|---|---|
| **Dionis** | 3069 Lawson Blvd<br>Oceanside NY 11572<br>United States |

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_C33283-8_MFG | 102 | $6.20 | $632.40 | Dionis_C34049-2_UPC bundles |
| Dionis_C33284-3_MFG | 120 | $5.31 | $637.20 | |
| Dionis_C33374-8_MFG | 68 | $6.20 | $421.60 | Dionis_C34051-2_UPC bundles |
| Dionis_C33345-3_MFG | 60 | $5.31 | $318.60 | |
| Dionis_C33916-3_UPC | 60 | $5.61 | $336.60 | Dionis_C33916-3_C33917-8_LBL bundles |
| Dionis_C33917-8_UPC | 68 | $6.20 | $421.60 | |
| Dionis_Z51171-6_6pack | 32 | $13.28 | $424.96 | TP Labels |
| Dionis_C33955-9_6pk | 16 | $13.28 | $212.48 | "sold as set" |
| Dionis_C33837-2_UPC | 6 | $8.85 | $53.10 | TP Labels |
| Dionis_C33517-4_UPC | 8 | $15.49 | $123.92 | TP Labels |
| Dionis_C34199-6_6pk | 16 | $13.28 | $212.48 | TP Labels |

| | |
|---|---|
| **Units ordered** | 556 |
| **Subtotal** | $3,794.94 |
| **Total** | **$3,794.94** |

**Memo:**
Bundles, 6 packs and skin care

# The Lion Group

## Purchase Order #Dionis030926FBA

March 10, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

**Supplier:**

**Dionis**

**Ship To:**

HEA2 - 650 BOULDER DR Suite A
BREINIGSVILLE Pennsylvania 18031
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_C33104-3_MFG | 480 | $5.31 | $2,548.80 | |
| Dionis_Z51260-8_MFG | 476 | $6.20 | $2,951.20 | |
| Dionis_C33103-3_MFG | 300 | $5.31 | $1,593.00 | |
| Dionis_C23000-8_MFG | 204 | $6.20 | $1,264.80 | |
| Dionis_Z50997-8_MFG | 204 | $6.20 | $1,264.80 | |
| Dionis_C33514-3_UPC | 192 | $6.64 | $1,274.88 | |
| Dionis_C33667-3_UPC | 192 | $6.64 | $1,274.88 | |
| Dionis_Z51200-8_MFG | 136 | $6.20 | $843.20 | |
| Dionis_C33663-3_UPC | 128 | $6.64 | $849.92 | |
| Dionis_C33101-3_MFG | 120 | $5.31 | $637.20 | |
| Dionis_C34154-1_UPC | 96 | $6.64 | $637.44 | |
| Dionis_C60069_UPC | 64 | $6.64 | $424.96 | |
| Dionis_C33108-3_MFG | 60 | $5.31 | $318.60 | |
| Dionis_C33100-3_MFG | 60 | $5.31 | $318.60 | |
| Dionis_C33086-3_MFG | 60 | $5.31 | $318.60 | |
| Dionis_C33107-3_MFG | 60 | $5.31 | $318.60 | |
| Dionis_Z51230-8_UPC | 48 | $6.20 | $297.60 | |
| Dionis_C33847-15_UPC | 48 | $11.06 | $530.88 | |
| Dionis_C33852-15_UPC | 24 | $11.06 | $265.44 | |
| Dionis_C34197-3_UPC | 24 | $5.31 | $127.44 | |
| Dionis_C33330-1_UPC | 24 | $22.13 | $531.12 | |
| Dionis_C33845-15_UPC | 24 | $11.06 | $265.44 | |
| Dionis_C33472-1_UPC | 24 | $6.20 | $148.80 | |
| Dionis_C34174-2_UPC | 24 | $15.49 | $371.76 | |
| Dionis_C33765-3_UPC | 18 | $7.52 | $135.36 | |
| Dionis_C33846-15_UPC | 18 | $11.06 | $199.08 | |

# The Lion Group

## Purchase Order #Dionis030926FBA

March 10, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_C33848-15_UPC | 18 | $11.06 | $199.08 | |
| Dionis_C34153-1_UPC | 18 | $6.64 | $119.52 | |
| Dionis_C33803-2_UPC | 16 | $10.62 | $169.92 | |
| Dionis_C33899-2_UPC* | 16 | $8.85 | $141.60 | |
| Dionis_C34022-6_UPC | 6 | $3.98 | $23.88 | |

| | |
|---|---|
| **Units ordered** | 3182 |
| **Subtotal** | $20,366.40 |
| **Total** | **$20,366.40** |

**Memo:**

# The Lion Group

**Purchase Order #Lawson031626**

March 16, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

**Supplier:**

**Dionis**

**Ship To:**

3069 Lawson Blvd
Oceanside NY 11572
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_C33837-2_UPC | 12 | $8.85 | $106.20 | TP Labels |
| Dionis_C34199-6_6pk | 16 | $13.28 | $212.48 | Sold as set + TP Labels |
| Dionis_C33917-8_UPC | 64 | $6.20 | $396.80 | Dionis_C33916-3_C33917-8_UPC bundles |
| Dionis_C33916-3_UPC | 60 | $5.31 | $318.60 | |
| Dionis_C33283-8_MFG | 102 | $6.20 | $632.40 | Dionis_C34049-2_UPC bundles |
| Dionis_C33284-3_MFG | 120 | $5.31 | $637.20 | |
| Dionis_C33374-8_MFG | 64 | $6.20 | $396.80 | Dionis_C34051-2_UPC bundles |
| Dionis_C33345-3_MFG | 60 | $5.31 | $318.60 | |

| | |
|---|---|
| **Units ordered** | 498 |
| **Subtotal** | $3,019.08 |
| **Total** | **$3,019.08** |

**Memo:**
Bundles + 6 Packs

# The Lion Group

**Purchase Order #Dionis031626FBA**

March 17, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

**Supplier:**

**Dionis**

**Ship To:**

PBI3 - 7600 LTC Parkway
PORT ST LUCIE Florida 34986
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_C33103-3_MFG | 300 | $5.31 | $1,593.00 | |
| Dionis_Z51260-8_MFG | 238 | $6.20 | $1,475.60 | |
| Dionis_C33667-3_UPC | 192 | $6.64 | $1,274.88 | |
| Dionis_Z50997-8_MFG | 170 | $6.20 | $1,054.00 | |
| Dionis_Z51200-8_MFG | 136 | $6.20 | $843.20 | |
| Dionis_C33663-3_UPC | 128 | $6.64 | $849.92 | |
| Dionis_C33104-3_MFG | 120 | $5.31 | $637.20 | |
| Dionis_C33847-15_UPC | 108 | $11.06 | $1,194.48 | |
| Dionis_Z51230-8_UPC | 108 | $6.20 | $669.60 | |
| Dionis_C33665-3_UPC | 96 | $6.64 | $637.44 | |
| Dionis_C33846-15_UPC | 90 | $11.06 | $995.40 | |
| Dionis_C33917-8_UPC | 68 | $6.20 | $421.60 | |
| Dionis_Z51170-8_MFG | 68 | $6.20 | $421.60 | |
| Dionis_C60069_UPC | 64 | $6.64 | $424.96 | |
| Dionis_C33086-3_MFG | 60 | $5.31 | $318.60 | |
| Dionis_C33101-3_MFG | 60 | $5.31 | $318.60 | |
| Dionis_C33852-15_UPC | 54 | $11.06 | $597.24 | |
| Dionis_C33845-15_UPC | 54 | $11.06 | $597.24 | |
| Dionis_C33763-2_UPC | 36 | $4.43 | $159.48 | |
| Dionis_C23000-8_MFG | 34 | $6.20 | $210.80 | |
| Dionis_C33472-1_UPC | 32 | $6.20 | $198.40 | |
| Dionis_C33666-3_UPC | 32 | $6.64 | $212.48 | |
| Dionis_C34074-8_UPC | 28 | $13.28 | $371.84 | |
| Dionis_C33743-1_MFG | 24 | $7.97 | $191.28 | |
| Dionis_C33099-3_UPC | 16 | $5.31 | $84.96 | |
| Dionis_C33803-2_UPC | 16 | $10.62 | $169.92 | |

# The Lion Group

## Purchase Order #Dionis031626FBA

March 17, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

| Item | Quantity | Unit price | Total | Notes |
|------|----------|------------|-------|-------|
| Dionis_C33848-15_UPC | 12 | $11.06 | $132.72 | |
| Dionis_C34153-1_UPC | 12 | $6.64 | $79.68 | |
| Dionis_C33895-3_UPC | 12 | $11.06 | $132.72 | |

| | |
|---|---|
| **Units ordered** | 2368 |
| **Subtotal** | $16,268.84 |
| **Total** | **$16,268.84** |

**Memo:**

# The Lion Group

# Purchase Order #Lawson32326

March 23, 2026

3069 Lawson Blvd
Oceanside NY 11572
United States

**Supplier:**

**Dionis**

**Ship To:**

3069 Lawson Blvd
Oceanside NY 11572
United States

| Item | Quantity | Unit price | Total | Notes |
|---|---|---|---|---|
| Dionis_Z51200-8_MFG | 64 | $6.20 | $396.80 | Dionis_C34052-2_UPC bundles |
| Dionis_C33103-3_MFG | 60 | $5.31 | $318.60 | |
| Dionis_C33283-8_MFG | 102 | $6.20 | $632.40 | Dionis_C34049-2_UPC bundles |
| Dionis_C33284-3_MFG | 120 | $5.31 | $637.20 | |
| Dionis_C33374-8_MFG | 102 | $6.20 | $632.40 | Dionis_C34051-2_UPC bundles |
| Dionis_C33345-3_MFG | 120 | $5.31 | $637.20 | |
| Dionis_Z51230-8_UPC | 102 | $6.20 | $632.40 | Dionis_Z51230-8_C33099-3_UPC bundles |
| Dionis_C33099-3_UPC | 120 | $5.31 | $637.20 | |
| Dionis_C33917-8_UPC | 64 | $6.20 | $396.80 | Dionis_C33916-3_C33917-8_LBL bundles |
| Dionis_C33916-3_UPC | 60 | $5.31 | $318.60 | |
| Dionis_C34199-6_6pk | 32 | $13.28 | $424.96 | |
| Dionis_C33517-4_UPC | 12 | $15.49 | $185.88 | |

| | |
|---|---|
| **Units ordered** | 958 |
| **Subtotal** | $5,850.44 |
| **Total** | **$5,850.44** |

**Memo:**
bundles + 6 packs and TP skincare