# Exhibit 4



NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

*FIRM and AFFILIATE OFFICES*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

SCOTT M. VERNICK
DIRECT DIAL: +1 215 979 1922
PERSONAL FAX: +1 215 689 4420
*E-MAIL:* SMVernick@duanemorris.com

*www.duanemorris.com*

June 4, 2026

***Via Email and Overnight Mail***
DOEMA INC. d/b/a THE LION GROUP
3069 Lawson Blvd.
Oceanside, NY 11572
Attn:   Daniel Rafael
e:      daniel@theliongroup.net

>   **Re:     Dionis - Lion Group Broker Agreement | Notice of Amounts Due and Owing and Cease and Desist**

Dear Mr. Rafael:

We represent Creative Consumer Products, Inc. d/b/a Dionis ("Dionis") relating to the Broker Agreement with Doema Inc. d/b/a The Lion Group ("Lion Group"), dated February 1, 2022 (the "Agreement"; enclosed as Exhibit 1).

We write to request that Lion Group ***immediately***: (i) pay the amounts due and owing to Dionis under the Broker Agreement, totaling **$242,781.55**; and (ii) ***cease and desist*** from holding itself out as Dionis' authorized Broker, and/or from marketing or selling any Dionis products.

## I.     Termination of the Broker Agreement, and Related Compliance Obligations

As you are aware, Dionis provided written notice of its election to terminate the Broker Agreement by email dated March 30, 2026. (The Email Notice is enclosed as Exhibit 2.) Consistent with Section 7.1 of the Agreement, the termination is now effective. (*See* Ex. 1 at 7.1 ("this Agreement . . . shall terminate thirty (30) days after either party provides written notice of termination to the other, unless earlier terminated . . .").) This cannot reasonably be disputed.

Consistent with the Agreement, Section 7.3, and Dionis' termination notice, Lion Group is required to:

>   (i)     cease representing itself as Dionis' authorized broker, and to desist from all conduct or representations that might lead third parties to believe that Lion Group remains authorized to market or sell Dionis' products;

DUANE MORRIS LLP

30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196                    PHONE: +1 215 979 1000   FAX: +1 215 979 1020

DuaneMorris

Page 2

(ii)     return to Dionis all materials reflecting or containing Dionis' confidential information;

(iii)    permanently delete Dionis' confidential information from its systems; and

(iv)    *certify in writing* to Dionis that these items are completed and that Lion Group is in compliance with these clauses.

(*See* Ex. 1 at 7.3.)

And, Lion Group must pay to Dionis **$242,781.55**, reflecting the due and outstanding invoices for products purchased under the Agreement. This amount is reflected in open invoices, and cannot be disputed.

### II.   Lion Group's Manufactured Tactical "Invoice" is Not Valid, and Directly Contradictory to the Parties' Agreement

To be clear, the supposed "invoice," dated May 12, 2026, from Lion Group is not valid, and is directly contradictory to the terms of the parties' Agreement. This is plainly a manufactured and tactical position from Lion Group; and this is not good faith.

As an initial point, over the course of the parties' dealings, never has Lion Group asserted any position that Dionis is obligated to reimburse any management or marketing expenses. This is made clearer by the fact that the supposed "invoice" – which is dated and delivered only *after* Dionis terminated the parties' Agreement by right, and the termination became effective – purportedly covers a multi-years-long history, dating back to January of 2024. The "invoice" includes no supports for the charges, but unabashedly claims over $438,000 in costs, dating back over two and half years. The contained amounts and/or rates were never approved by Dionis, and never even discussed. This position is not only commercially unreasonable, it lacks common sense.

Most importantly, the supposed "invoice" cuts directly against the parties' Broker Agreement, which makes clear:  "***[Lion Group] shall be solely responsible for any and all costs or expenses that it may incur in the performance of its obligations hereunder***." (Ex. 1 at 2.3.) Stated differently, Lion Group's transparent attempt to retroactively invoice Dionis for expenses Lion Group is contractually obligated to bear is baseless. To be sure, any further assertion by Lion Group of this claim will be treated as evidence of bad faith.

### III.   Conclusion

Against this backdrop, please immediately, and *not later than five (5) business days from the date of this Letter*:

(i)     pay to Dionis $242,781.55; and

(ii)    confirm in writing that Lion Group (a) is not and will not market or sell Dionis products, and (b) has returned or deleted all materials reflecting or containing Dionis' confidential information in compliance with the Broker Agreement.

DuaneMorris

Page 3

Please understand that Dionis intends to take any and all steps necessary to protect its rights, and to avail itself of any and all remedies available under the law, including pre- and post-judgment interest, fees and costs and/or penalty damages.

Lion Group is obligated by law to preserve all documents, materials and/or electronically stored information potentially relating to the matters addressed in this Letter – including, but not limited to, the Broker Agreement, the parties' business relationship, the products and Lion Group's activities on behalf of Dionis. This includes all emails, text messages, invoices, accounting records, advertising materials and Amazon Seller Central data. Failure to preserve such materials may result in sanctions and penalties against Lion Group and/or involved individuals.

Dionis preserves, and does not waive, any and all rights at law, in equity, or otherwise. This letter is not intended to cover all issues between the parties.

Please do not hesitate to contact me with any questions.

Sincerely,

*s/ Scott Vernick*

Scott Vernick

cc:    Karen Minsky, President, Dionis Goat Milk Skincare