**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CREATIVE CONSUMER PRODUCTS, INC.,**<br>**Plaintiff,**<br><br>**v.**<br><br>**DOEMA, INC.,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-4761** |

**ORDER FOR RULE 16 CONFERENCE**

**AND NOW**, this 8th day of September, 2026, **IT IS ORDERED** that a Fed. R. Civ. P. 16 conference shall be held by videoconference on **October 20, 2026 at 3:00 p.m.** Counsel for the parties shall participate using information which will be provided by Chambers.

**IT IS FURTHER ORDERED** as follows:

1. The parties shall make the required initial disclosures pursuant to Fed. R. Civ. P. 26(a) within fourteen (14) days of the date of this Order;

2. The parties shall commence discovery immediately and shall have conducted substantial discovery before the Rule 16 conference; and

3. After consultation with counsel for all parties, counsel shall complete the required Report of Rule 26(f) Meeting and file the same with the Clerk of Court at least seven (7) days prior to the Rule 16 conference. Counsel shall use the Report of Rule 26(f) Meeting Form prescribed by Judge Hodge in her Policies and Procedures.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**