**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CREATIVE CONSUMER PRODUCTS, INC.,**<br>**Plaintiff,**<br><br>**v.**<br><br>**DOEMA, INC.,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-4761** |

**O R D E R**

**AND NOW**, this 22nd day of September, 2026, upon consideration of the Motion for *Pro Hac Vice* admission of Mark Berkowitz (ECF 12) and the filing fee having been paid, **IT IS ORDERED** that the Motion is **GRANTED** pursuant to Local Rule of Civil Procedure 83.5.2(b).[1]

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.